UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JENNIFER FORD                                                CIVIL ACTION NO. 17-1767-JWD-RLB

VERSUS

STATE FARM FIRE AND CASUALTY
COMPANY

### AFFIDAVIT OF SETTLEMENT EFFORTS

**BE IT KNOWN THAT**, on this 23 day of August, 2019, before me the undersigned notary, duly commissioned and qualified within and for the State of Louisiana, and Parish of East Baton Rouge, personally came and appeared

CHARLOTTE C. MCDANIEL MCGEHEE, ESQ.

counsel for Plaintiff, Jennifer Ford, who, after being duly sworn by me, Notary, deposed and stated from his own personal knowledge, that she has communicated with counsel for the defendant, the State Farm Fire and Casualty Company, concerning settlement of this matter, and the parties have been unable to amicably resolve this matter via settlement.

_____
CHARLOTTE C. MCDANIEL MCGEHEE, ESQ.

**SWORN TO AND SUBSCRIBED** before me this 23 day of August 2019.

_____
NOTARY PUBLIC

GEORGE ADRIEN SCHMIDT, SR.
Notary Public
Parrish of East Baton Rouge
State of Louisiana

" My Commission Expires on my death "
NOTARY # 035204

THIS DOCUMENT NOT
PREPARED BY
THE UNDERSIGNED NOTARY
ATTESTING TO SIGNATURES ONLY

**CERTIFICATE**

I hereby certify that the foregoing Affidavit of Settlement Efforts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record in this matter via the Court's electronic filing system.

Baton Rouge, Louisiana, this ___ day of August, 2019.

      /s/ Charlotte C. McDaniel McGehee, Esq.
      CHARLOTTE C. MCDANIEL MCGEHEE, ESQ.