UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JENNIFER FORD                          C.A. NO.: 3:17-CV-1767-JWD-RLB

VERSUS

STATE FARM FIRE AND
CASUALTY COMPANY

## RULING

Before the Court is *Plaintiff's Motion in Limine* (Doc. 24) brought by plaintiff Jennifer Ford ("Plaintiff). It is opposed by defendant State Farm Fire and Casualty Company ("Defendant"). (Doc. 27.) For the following reasons, the motion is denied without prejudice.

The Court notes that Plaintiff has not followed the Court's local rule to certify that mover has consulted with opposing counsel in advance of filing a motion in limine in order to attempt to avoid filing such a motion, in whole or in part.[1] Plaintiff's counsel is instructed to be familiar with this rule, make a good faith effort to resolve these kind of issues before filing a motion, and

---

[1] Specifically, this Court's rule provides:

> The Court finds that there are too many motions *in limine* filed needlessly. Many of these motions could be resolved by the parties communicating with each other before filing.
>
> Accordingly, before any party in either a civil or criminal case files any motion *in limine*, the moving party shall confer with the opposing party (or any party having an interest to oppose) in a good faith effort to resolve the issue(s) amicably. If the parties cannot resolve the issue(s) amicably, the filing party must include with his motion a certificate stating that he conferred in a good faith effort to resolve the issue(s) amicably and that he was unable to reach an agreement.
>
> Further, if in spite of the above order, the moving party determines after the filing of an opposition to a motion *in limine*, that there is no longer a dispute, the moving party shall file a motion to withdraw his motion *in limine* from consideration.

*Instructions for Filing Motions* in Limine *in Civil and Criminal Cases before Judge John W. deGravelles*, http://www.lamd.uscourts.gov/sites/default/files/forms/Instructions%20Regarding%20Motions%20in%20Limine.pdf

abide by the rule in the future. If, after consulting with opposing counsel and certifying to same, there is still disagreement about same or all of the issues raised, Plaintiff is given leave to refile the motion.

Signed in Baton Rouge, Louisiana, on <u>February 3, 2020</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**